No. 519. VISCARDI v. UNITED STATES;

No. 527. PACELLI v. UNITED STATES; and

No. 603. ARMONE ET AL. v. UNITED STATES. C. A. 2d Cir. Certiorari denied. *Theodore Gilbert* for petitioner in No. 519. *E. Barrett Prettyman, Jr., Robert Kasnof* and *Albert J. Krieger* for petitioner in No. 527. *Jerome Lewis* for petitioners in No. 603. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Mervyn Hamburg* for the United States in all three cases. Reported below: 363 F. 2d 385.

No. 529. WELCH v. UNITED STATES. C. A. 10th Cir. Certiorari denied. *V. P. Crowe* for petitioner. *Solicitor General Marshall, Assistant Attorney General Rogovin, Meyer Rothwacks* and *Richard B. Buhrman* for the United States.

No. 530. LOREN SPECIALTY MFG. CO., INC. v. CLARK MANUFACTURING CO. ET AL. C. A. 7th Cir. Certiorari denied. *Clarence F. Martin* for petitioner. *Thomas V. Koukka* and *H. Blair White* for respondents.

No. 570. COHEN v. UNITED STATES. C. A. 5th Cir. Certiorari denied. *Jacob Kossman* for petitioner. *Solicitor General Marshall, Assistant Attorney General Rogovin, Joseph M. Howard* and *Richard B. Buhrman* for the United States.

No. 578. AIRCRAFT SPECIALTIES, INC. v. NATIONAL LABOR RELATIONS BOARD. C. A. 6th Cir. Certiorari denied. *Harry H. Meisner* for petitioner. *Solicitor General Marshall, Arnold Ordman, Dominick L. Manoli* and *Norton J. Come* for respondent.